IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. 3:03cv513-MHT |
| ) | [WO] |
| WAYNE DEANDRE HOLLIS ) | |

## ORDER

For good cause, it is

ORDERED that the attached page be substituted for page 8 of the Recommendation entered on 25 April 2006 (Doc. #19). The substitution merely completes the blank inadvertently left in the first sentence of the last paragraph on the page. The remainder of the Recommendation, including the parties' deadline for filing their objections remains intact, as stated in the Recommendation.

DONE this 26th day of April, 2006.

_____
VANZETTA PENN MCPHERSON
UNITED SATES MAGISTRATE JUDGE