IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WAYNE DEANDRE HOLLIS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  3:03cv513-MHT |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

On 25 April 2006, the Magistrate Judge filed a Recommendation (Doc. #19) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and the 28 U.S.C. § 2255 motion filed by petitioner Wayne Deandre Hollis is DENIED, as the claims therein entitle him to no relief.

Done this the 17th day of May, 2006.

      /s/   Myron H. Thompson
UNITED STATES DISTRICT JUDGE