IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| WAYNE DEANDRE HOLLIS, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:03cv513-MHT |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

OPINION

This case is now before the court on petitioner's motion for extension of time (Doc. No. 23) and his objections (Doc. No. 24) to the United States Magistrate Judge's recommendation (Doc. No. 19).  The motion will be treated as both an extension motion and a motion to alter, amend, or vacate judgment pursuant to Rule 59 of the Federal Rules of Civil Procedure.  While the extension motion was filed on May 22, 2006, <u>after</u> the court entered its opinion and judgment on May 17, 2006 (doc. nos. 21 & 22), it was mailed on May 9, 2006, which was before; therefore the extension motion is timely. <u>See</u> <u>Houston v. Lack</u>, 47 U.S. 266, 271-272 (1988)

(pursuant to the 'mailbox rule,' courts should presume filing upon an inmate's delivery of his pleading to prison officials); <u>Washington v. United States</u>, 243 F.3d 1299, 1301 (11th Cir. 2001) (same). The court will therefore grant the extension motion and will now consider petitioner's objections on the merits as though they had been timely filed.

However, because, after an independent and de novo review of the record, the court concludes that the objections lack merit, petitioner's motion to alter, amend, or vacate will be denied. If the objections had had merit, the court would have granted the motion to alter, amend, or vacate, and the opinion and judgment would have been set aside; but, because the objections lack merit, the court is denying the motion to alter, amend, or vacate, and the opinion and judgment will stand.

An appropriate judgment will be entered.

DONE, this the 26th day of May, 2006.

                                /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**