IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


WAYNE DEANDRE HOLLIS,          )
                               )
     Petitioner,               )
                               )          CIVIL ACTION NO.
     v.                        )          3:03cv513-MHT
                               )               (WO)
UNITED STATES OF AMERICA,      )
                               )
     Respondent.               )

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Petitioner's motion for extension of time (doc. no. 23) is treated as both a motion for extension of time and a motion to alter, amend, or vacate.

(2) Petitioner's motion for extension of time (doc. no. 23) is granted.

(3) Petitioner's objections (Doc. No. 24) are overruled.

(4) The adoption of the United States Magistrate Judge's recommendation (Doc. No. 19) is reaffirmed.

(5) Petitioner's motion to alter, amend, or vacate (doc. no. 23) is denied.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 26th day of May, 2006.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE